# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LUIS GONZALEZ MADERA,<br><br>                              Defendant. | Case No.:  22-cr-1788-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 11, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 14, 2022 to November 18, 2022.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 28] and sets the Motion Hearing/Trial Setting on November 18, 2022 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  On October 6, 2022, a plea agreement was lodged before the Court, and a change of plea hearing is set for October 25, 2022. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1       Further, on August 19, 2022, the Defendant filed a pretrial motion that remains

2  pending.  Accordingly, the Court finds that time from August 19, 2022 to November 18,

3  2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

4  pending.  18 U.S.C. § 3161(h)(1)(D).

5      IT IS SO ORDERED.

6  Dated:_____10 | 12 | 22_____

                                                               

7                                     Hon. Jinsook Ohta
                                     UNITED STATES DISTRICT JUDGE